# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Hon. Charles A. Riddle, III
District Attorney, 12th JDC
P. O. Box 1200
Marksville LA 71351

Michael Francis Kelly
First Assistant DA
P. O. Box 1200
Marksville LA 71351

Anthony Francis Salario
Asst. DA
439 N. Main Street
Marksville LA 71351

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 10, 2019

## REHEARING ACTION: April 10, 2019

**Docket Number: 15   00286-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CHADWICK MCGHEE**

**Appealed from Avoyelles Parish Case No. 181216**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. Phyllis M. Keaty**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana** has this day been

**DENIED.**

cc: Paula Corley Marx, Counsel for the Appellant
    Chadwick McGhee, Counsel for the Appellant